# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
## DIVISION

*Queen Charlotte L. Franklin*

(Enter Above the Name of the Plaintiff in this Action)

vs.

*Ham. County Audit Probation "et al"*

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

*Ham. County Court Clerves*
*Ham. County Youth Courts*
*Cinti. Ham. Municipal Courts*
*Cinti. Metro Bus.*
*Ham. County Justice Center Curtos Background Checks*

1:25 CV 083

DLOTT

MJ LITKOVITZ

## COMPLAINT

I. Parties to the action:

Plaintiff:    Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

*Queen N Charlotte L. Franklin*

Name - Full Name Please - PRINT

*1574 Pleasant Run Dr. #3*

Street Address

*Cincinnati, OH, 45240*

City, State and Zip Code

*513-466-4906*

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Ham. County High Probation            45202
   _Name - Full Name Please_
   800 Broadway St. Suite 400 Cinti, OH.
   _Address: Street, City, State and Zip Code_

2. Ham. County Court Clinic #400
   909 Sycamore St. Cinti, OH 45202

3. Ham. County Youth Courts
   2020 Auburn Ave. - Cinti OH. 45219

4. Ham. County Municipal Courts
   1000 Main St. - Cinti, OH 45202

5. Cinti, Metro Bus - Suite 800
   1401 Bank St. - Cinti OH. 45202

6. Ham County Justice Court + Background Checks
   1000 Sycamore St. - Cinti OH. 45202

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

## II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I have been held in all of Cincinnati, Oh. Courts for trying to save my own life and running from its law enforcement because I want to live and love the one who sent me. I have been lied to and about. I have help here so much in this city I don't fear nobody nor nothing down here.

**IV. Previous lawsuits:**

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                                   <u>Caption</u>

_____     _____ vs. _____

_____     _____ vs. _____

_____     _____ vs. _____


**V. Relief**

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

*I am asking my brothers & sisters in Jesus help me to help others everywhere to do God's will helping His children around the world. God Bless!*

I state under penalty of perjury that the foregoing is true and correct.  Executed on
this ____ day of _____, 20___

_____
Signature of Plaintiff