IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Queen Charlotte Franklin, : | |
| : | |
| Plaintiff, : | |
| : | Case Number: 1:25cv83 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Hamilton County Audit Probation, et al., : | |
| : | |
| Defendants. : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court **ADOPTS** the Report and Recommendation (Doc. 5) and **OVERRULES** the Objection (Doc. 6). The Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint. The Court also **CERTIFIES** that an appeal of this Order would not be taken in good faith and **DENIES** Plaintiff leave to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(3).

Additionally, for the reasons set forth in the Report and Recommendation here and in the Order dated March 31, 2025 in Case No. 1:25-cv-60, the Court **FORMALLY WARNS** Plaintiff that filing any new cases that are factually and legally frivolous or fail to state a claim for relief under screening standards will result in her designation as a vexatious litigator.

<u>April 24, 2025</u>                                                                RICH NAGEL, CLERK

                                                                                         <u>  S/William Miller    </u>
                                                                                         Deputy Clerk