UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 6, 2025
KELLY L. STEPHENS, Clerk

No. 25-3566

QUEEN CHARLOTTE FRANKLIN,

    Plaintiff-Appellant,

v.

HAMILTON COUNTY, OH, DEPARTMENT OF
ADULT PROBATION, et al.,

    Defendants-Appellees.

Before:  SUTTON, Chief Judge; BATCHELDER and NALBANDIAN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk